# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>              Plaintiff,<br>  vs.<br>TRACE RAE THOMS, and<br>JENNIFER ANNE THOMS,<br><br>             Defendants. | 3:10-cr-069-JWS-JDR<br><br>**ORDER DIRECTING<br>PRODUCTION OF<br>PERSONNEL FILES<br>for<br>Ex Parte and In Camera Review<br>by the Court** |

        Defendants Trace Rae Thoms and Jennifer Anne Thoms have moved this court for <u>in camera</u> review of State personnel records by the Court and discovery of <u>Brady</u> and <u>Giglio</u> material relating to three government or potential witnesses in the prosecution in the above styled case. In a separate order the court denied the defendants' request for a court order compelling the federal prosecutor to obtain and review the personnel records of the non federal government witnesses. However, in order to protect the Thoms' due process rights to discovery of exculpatory information this court will conduct an <u>in camera</u> review of the requested material

before providing exculpatory material to the defense.  *See* March v. State of Alaska, 859 P.2d 714 (Alaska App. 1993); Pennsylvania v. Ritchie, 480 U.S. 39, 41 (1987) (in camera review of confidential material is proper procedure for safeguarding a criminal defendant's due process rights to discovery of exculpatory information).

Wherefore, the State of Alaska, Department of Public Safety, is requested to produce for this court's ex parte in camera review, material from the personnel files of *Troopers Kyle Young, William Welsh and Curtis Vik*, including documents concerning the evaluation of the officer's performance of his duties, investigations or disciplinary actions taken or contemplated against the officer(s), and assessments of the officer(s) credibility.  The files shall be delivered conventionally and Under Seal to the Magistrate Judge's chambers, on or before June 10, 2013.

DATED this 22nd day of May, 2013, at Anchorage, Alaska.

/s/ *John D. Roberts*
JOHN D. ROBERTS
United States Magistrate Judge